**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

South Carolina Department of Social Services,
Respondent,

v.

Rodnykka Porshelee Howze, Jamal Twitty, and Bobby Lamar McCarter, Defendants,

Of whom Rodnykka Porshelee Howze is the Appellant.

In the interest of minors under the age of eighteen.

Appellate Case No. 2016-002352

---

Appeal From Lancaster County
Coreen B. Khoury, Family Court Judge

---

Unpublished Opinion No. 2017-UP-294
Submitted June 28, 2017 – Filed July 12, 2017

---

**AFFIRMED**

---

Montford Shuler Caughman, of Caughman Law, LLC, of Lexington, for Appellant.

Shannon Lee Felder, of the South Carolina Department of Social Services, of Lancaster, for Respondent.

Govan Thompson Myers, III, of Trimnal & Meyers, LLC, of Lancaster, for the Guardian ad Litem.

_____

**PER CURIAM:**  Rodnykka Porshelee Howze appeals the family court's final order terminating her parental rights to her minor children.  *See* S.C. Code Ann. § 63-7-2570 (Supp. 2016).  Upon a thorough review of the record and the family court's findings of facts and conclusions of law pursuant to *Ex Parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues that warrant briefing.  Accordingly, we affirm the family court's ruling and relieve Howze's Counsel.

**AFFIRMED.**[1]

**GEATHERS, MCDONALD, and HILL, JJ., concur.**

_____

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.